**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Maggie Dipilato and Michael Wence, Defendants,

and

Kellie Marks and Harrison Marks, Intervenors,

Of whom Maggie Dipilato is the Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2020-000866

───────────

Appeal From York County
Coreen B. Khoury, Family Court Judge

───────────

Unpublished Opinion No. 2020-UP-315
Submitted November 10, 2020 – Filed November 19, 2020

───────────

**AFFIRMED**

───────────

Melinda Inman Butler, of The Butler Law Firm, of
Union, for Appellant.

Andrew Troy Potter, of Anderson; and R. Chadwick Smith, of the South Carolina Department of Social Services, of Rock Hill, both for Respondent.

N. Beth Ramsey Faulkner, of Faulkner Law Firm, LLC, of York, as the Guardian ad Litem for Appellant.

Rebecca T. McNerney, of Waxhaw, North Carolina, for the Guardian ad Litem for the minor child.

**PER CURIAM:** Maggie Dipilato appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Dipilato's counsel.

**AFFIRMED.**[1]

**THOMAS, HILL, and HEWITT, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.